IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES SWEETS, | * | |
| Petitioner, | | |
| | * | |
| v. | | CIVIL ACTION NO. DKC-11-1441 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| Respondent. | * | |

******

## **MEMORANDUM**

Petitioner has filed the instant Petition for Writ of Mandamus seeking to have this court compel a decision on his "Motion for Order Directing Discharged Counsel to Return Defendant's File and Records" docketed in his criminal case. *See* United States v. Sweets, Criminal No. CCB-04-564, ECF No. 108. The docket reflects that the motion was denied on May 13, 2011. See ECF No. 159, Criminal No. CCB-04-564. Accordingly, the Petition shall be denied as moot.

A separate Order follows.

Date: June 1, 2011

/s/
DEBORAH K. CHASANOW
United States District Judge